UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
           *Plaintiff-Appellee,*

v.                                              No. 01-4116

LESLIE LESTER TUCKER,
           *Defendant-Appellant.*

Appeal from the United States District Court
for the District of South Carolina, at Florence.
Cameron McGowan Currie, District Judge.
(CR-00-411)

Submitted: August 23, 2001

Decided: September 6, 2001

Before WILKINS and KING, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Henry M. Anderson, Jr., ANDERSON LAW FIRM, P.A., Florence,
South Carolina, for Appellant. Alfred William Walker Bethea, Assis-
tant United States Attorney, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

Leslie Lester Tucker appeals his conviction and 151-month sentence after a guilty plea to conspiracy to possess with intent to distribute cocaine base, in violation of 21 U.S.C.A. § 841(a)(1) (West 1999). Tucker's attorney has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), raising the issue as to whether the district court properly determined at sentencing that Tucker was a career offender, but stating that, in his view, there are no meritorious grounds for appeal. Tucker has filed a pro se supplemental brief.

Following a de novo review of the record, we find that the district court complied with all the mandates of Fed. R. Crim. P. 11 in accepting Tucker's guilty plea. *United States v. Goins*, 51 F.3d 400, 402 (4th Cir. 1995) (providing standard). We also conclude that the district court did not err in sentencing Tucker as a career offender as he was over eighteen years old when he committed the instant felony offense, which involved a controlled substance, and he had two prior felony convictions. *U.S. Sentencing Guidelines Manual* § 4B1.1 (2000).

In accordance with the requirements of *Anders*, we have reviewed the record for potential error and have found none. We also find Tucker's claims in his pro se supplemental brief without merit. Therefore, we affirm Tucker's conviction and sentence. This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move this court for leave to withdraw from further representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*AFFIRMED*